IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA SLIVAK, Individually and on Behalf of All Others Similarly Situated** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **THE IRISH ROVER STATION HOUSE, BRU HOUSE, INC., d/b/a The Irish Rover Station House, RAYMOND CROUSE, d/b/a The Irish Rover Station House and TRACEY CROUSE, d/b/a The Irish Rover Station House** | : : : : : : | **NO. 18-240** |

## ORDER

**NOW**, this 24th day of September, 2018, the plaintiffs having failed to file a motion for class certification as required under the Scheduling Order of May 9, 2018 (Document No. 15), it is **ORDERED** that the class action complaint (Document No. 1) is **DISMISSED**.

    /s/TIMOTHY J. SAVAGE